

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

In re Texas Department of Transportation,  * Original Mandamus Proceeding

No. 11-23-00112-CV  * August 23, 2023

* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that Relator's petition for writ of mandamus should be conditionally granted. Therefore, in accordance with this court's opinion, the petition for writ of mandamus is conditionally granted. A writ of mandamus will issue only if the Honorable Brooks Hagler fails to act on or before September 11, 2023.